Your name: Jennifer C. Kalvestran, Esq.  Nevada SBN 14385

Address: Anderson McPharlin & Conners LLP

602 S. Seventh Street, Las Vegas 89101

Phone Number: (702) 479-1010

E-mail Address: jck@amclaw.com

Attorney for Plaintiffs, Healthcare Professional Risk Retention Group, Inc.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Healthcare Professional Risk Retention Group, Inc.

Plaintiff,

vs.

Christopher Khorsandi, M.D., individually; Christopher Khorsandi, M.D., PLLC d/b/a VIP Plastic Surgery; Diane Hamu, individually; Crystal Touch individually

Defendant.

Case Number: 2:23-cv-2116-JCM-MDC

**NOTICE OF VOLUNTARY DISMISSAL OF**

*[check one]*

☒ **THIS ENTIRE CASE**

☐ **ONLY DEFENDANT** *[name]*

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I voluntarily dismiss:

☒ this entire case.

☐ only Defendant *[name]* _____ .

Such dismissal shall be with prejudice, with each side to bear its own costs and fees.

Date: May 24, 2024      Sign Name: *[signature]*

Print Name: Jennifer C. Kalvestran

**PROOF OF SERVICE**
**Healthcare Professional Risk Retention Groups Inc. v. Christopher Khorsandi, MD, et al.**
**U.S. District Court, Nevada 2:23-cv-02116-JCM-MDC**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Clark, State of Nevada. My business address is 601 S. Seventh Street, Las Vegas, Nevada 89101. On May 24, 2024, I served true copies of the following document(s) described as **VOLUNTARY DISMISSAL** on the interested parties in this action as follows:

| | |
|---|---|
| Matthew L. Sharp, Esq.<br>MATTHEW L. SHARP, LTD.<br>432 Ridge Street<br>Reno, NV 89501 | *Defendants Christopher Khorsandi,*<br>*M.D.., and Christopher Khorsandi, M.D.,*<br>*PLLC d/b/a VIP Plastic Surgery* |
| Diane F. Hamu, RN<br>2402 Tour Edition Drive<br>Henderson, NV 89074 | *Defendant In Pro Per* |
| and | |
| Diane Hamu<br>2464 Ram Crossing Way<br>Henderson, NV 89074 | |
| Ronald L. Kammer<br>HINSHAW & CULBERTSON LLP<br>2525 Ponce de Leon Blvd.<br>Fourth Floor<br>Coral Gables, FL 33134 | *Plaintiffs Healthcare Professional Risk*<br>*Retention Groups, Inc.* |
| Crystal Touch<br>6972 Encore Way<br>Las Vegas, NV 89119 | *Defendant In Pro Per* |

**[X] BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Anderson, McPharlin & Conners LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Las Vegas, Nevada.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct. Executed on May 24, 2024, at Las Vegas, Nevada.

*Maria Collins*
Maria P. Collins

3030030.1 06303-001